# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 07 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. ______________________________
(To be supplied by the court)

Joshua Wolford, Plaintiff

v.

Jury Trial requested:
(please check one)
X Yes ____ No

Joseph Pelle-BOULDER COUNTY SHERIFF,

Charles Davis-M.D. BOULDER CNTY JAIL,

______________________________,

______________________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Joshua Wolford - 196856 Buena Vista Min Cntr. PO Box 2005
(Name, prisoner identification number, and complete mailing address)

Buena Vista, CO 81211
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) ______________________

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Joseph Pelle - Boulder County Sheriff
(Name, job title, and complete mailing address)

5600 Flat Iron Parkway Boulder, CO 80301

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Mr. Pelle showed deliberate indifference spawing a State Created Danger by neglecting Plaintiff's medical condition as a inmate

Defendant 1 is being sued in his/her _X_ individual and/or ___ official capacity.

Defendant 2: Charles Davis - Boulder County Jail Medical Doctor
(Name, job title, and complete mailing address)

3200 Airport Rd. Boulder, CO 80301

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 2 is being sued in his/her X individual and/or ___ official capacity.

Defendant 3: ______________________________________________
(Name, job title, and complete mailing address)

______________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

______________________________________________

______________________________________________

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X State/Local Official (42 U.S.C. § 1983)

___ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) ______________________________________________

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: State Created Danger - Deliberate Indifference to Medical Condition

Claim one is asserted against these Defendant(s): Joseph Pelle
Charles Davis

Supporting facts: In the city of Boulder, County of Boulder, State of Colorado and within the jurisdiction of the U.S District Court of Colorado pursuant 42 USC 1983; between the dates of December 24, 2021 and January 20th, 2022 the Plaintiff was an inmate at the Boulder County jail in the custody and medical care of the Defendants. Plaintiff is diagnosed with asthema and emphasima. During this time the COVID-19 public health emergency had been declared by the Center for Disease Control. While the Plaintiff was in the custody and care of the Defendants they showed deliberance towards the Plaintiff's medical condition and repeatedly moved the Plaintiff from one pod with a COVID outbreak to another pod with a Covid outbreak, increasing the Plaintiff's exposure and contraction of Covid-19 while in custody. Between February, 2022 and January of 2023 Plaintiff was in and out of custody, each time contracting COVID-19 due to not being quarntined and moved from pod to pod with other infected prisoners. Despite being aware of Plaintiff's asthema and emphasima, the Defendant's demonstrated deliberate indifference to Plaintiff's medical condition, refusing to quarnteen the Plaintiff in isolation as repeatedly requested in kites and grievances. Plaintiff is entitled to relief for the abridgment of his 8th and 14th Amendment rights based on the Defendants deliberate indifference towards the Plaintiff health and safety given his medical conditions during the public health emergency of COVID-19.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Boulder County

Docket number and court: 22-CV-03107

Claims raised: 42 USC 1983 - Deprivation of Rights

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) dismissed without prejudice

Reasons for dismissal, if dismissed: immunity

Result on appeal, if appealed: ______

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

X Yes ___ No (*check one*)

Did you exhaust administrative remedies?

X Yes ___ No (*check one*)

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff is entitled to a monetary award of two million dollars for the loss of enjoyment of life and the long term medical effects of repeated COVID-19 exposure, which has contributed to the Plaintiff developing Chronic obstructive pulminary disease (COPD).

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Josh Wayford
(Plaintiff's signature)

10/03/2024
(Date)

DOC# 96836

Claim 1-2 Wolford
Notes

Tenth Circuit, Two preconditions are necessary for the application of the State-created danger doctrine:

1) State actor took an affirmitive Action.

2) That action Lead to private violence injuring the plaintiff.

Plaintiff Wolford

1) The state actor Deputys of Joe Pelle being Boulder county Sheriff at time of actions As well as Charles Davis the Lead MD Medical Doctor at time of Affirmitive Action on or around January 10TH of 2022. Both actors Allowed and Inforced (Neglegently) Plaintiffs Wolford and His Cellie at the time. To pack up and Move from The Quarenteen Block at Boulder County Jail to the population Block. Willfully and Knowing of an outbreak In the population Block the same day (AM) of Covid-19.

2) That action Lead to private violence injuring the Plaintiff Wolford Due to His Recorded Cronic Asthma, & Infazima and Catching COVID 19 A Respritory Detrimental Virus

DOC#196856

Claim 1-2
Notes

that Had and Has affected Plaintiff Wolfords ability to breath, fontion and clearly think cognitivly. Plaintiff Wolford has/had Delt with Cronic Pains & Excessive Shortness of breath Since.

1) Deputys working and Medical Doctors working for Sheriff Joe Pelle MD being Charles Davis Created Danger by giving (Several) Directives to Wolford to move Not just out of Quarenteen though to Contaminated Population Block at Boulder Jail. Yet from contaminated Cell to Cell. while an outbreak had occured.

2) Plaintiff is and was a Negetive Tested Inmate as well Plaintiff Wolford had/has underlined recorded Deficencys.

3) Plaintiff being a specifically definable group when defendant moved Plaintiff out of Quarenteen triggered many Underlined Mental conscience areas were Plaintiff Wolford advised Thee officers during a move that He is requesting Fresh Clothes Fresh Blankets and Please allow Wolford to Disinfect the last cell directed to move to to prevent from catching COVID-19. Though Wolford Was Denied

**Colorado Department Of Corrections**
Name Wolford Josh
Register Number 196856
Unit A,4-7 Buena Vista Minimal
Box Number PO.BOX. 2017
City, State, Zip Buena Vista CO 81211




Alfred Arajh Jr Courthouse
United States District
901 19Th Street
Room A105
Denver Colorado 80294-3589

**RESTRICTED INSPECTION MAIL**

**COURT FILING STAMP**
FACILITY BVMC
DATE RECD
DOC EMPLOYEE LAST NAME Valentla ID # 26501 INT
DOC# 196856 OFFENDER LAST NAME Wolford INT

Restricted Inspection Mail Stamp
FACILITY BVMC
DATE REC'D 10/3/2024
STAFF LAST NAME
ID# 196856
INT
DOC#
OFFENDER LAST NAME
INT